# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JUSTIN JENKINS,<br>*on behalf of himself and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., GALYAN'S TRADING COMPANY, INC., EDWARD STACK, KATHRYN SUTTER, WILLIAM COLOMBO, JAY CROSSON, AND LYNN URAM,<br><br>*Defendants.* | Civil Action No.:  2:10-cv-01262 |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Fed.R.Civ.P. 6(b), Defendants Dick's Sporting Goods, Inc., Edward W. Stack, Kathryn Sutter, William Colombo, Jay Crosson, and Lynn Urum, with the assent of Plaintiff Justin Jenkins move to extend to December 7, 2010, the time in which to respond to Plaintiff's Motion to Remand to State Court and Plaintiff's Motion to Stay.  This one-week extension of time will not prejudice Plaintiff nor will it affect any existing deadlines.

Respectfully submitted this 24th day of November, 2010,

/s/ Justin M. Harrison
--------
Justin M. Harrison (State Bar No. 9255)
Bowles Rice McDavid Graff & Love LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
T: (304) 347-1100
F: (304) 347-1756
jharrison@bowlesrice.com

Amy E. Dias, Esq. (admitted *pro hac vice*)
Jennifer G. Betts, Esq. (admitted *pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania 15219-2514
T: (412) 394-7915
F: (412) 394-7959
aedias@jonesday.com

Matthew W. Lampe, Esq. (admitted *pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York 10017-6702
T: (212) 326-3939
F: (212) 755-7306
mwlampe@jonesday.com

Deborah A. Sudbury, Esq. (*pro hac vice* forthcoming)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309
T: (404) 581-8443
F: (404) 581-8330
dsudbury@jonesday.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

JUSTIN JENKINS,
on behalf of himself and all other
employees similarly situated,

    Plaintiffs,

v.                                                          Civil Action No.: 2:10-cv-01262

DICK'S SPORTING GOODS, INC.,
GALYAN'S TRADING COMPANY, INC.,
EDWARD STACK, KATHRYN SUTTER,
WILLIAM COLOMBO, JAY CROSSON,
AND LYNN URAM,

    Defendants.

## CERTIFICATE OF SERVICE

I, Justin M. Harrison, counsel for Defendants, do hereby certify that I electronically filed the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME** this 24th day of November, 2010 with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Kathy A. Brown
KATHY A. BROWN LAW, PLLC
405 Capitol Street, Suite 1001
P.O. Box 631
Charleston, West Virginia 25322
kathybrown@gmail.com

Patrick J. Solomon
Peter J. Glennon
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
psolomon@theemploymentattorneys.com
pglennon@theemploymentattorneys.com

*Attorneys for Plaintiff*

                                                                                /s/ Justin M. Harrison
                                                                                *Attorney for Defendants*

PII-1224623v1